■ In the Matter of STUART SCHIFFMAN for Reinstatement.— Petition seeking reinstatement granted only insofar as to refer the matter to the Departmental Disciplinary Committee for a hearing as indicated in the order of this court. Concur—Kupferman, J. P., Ross, Carro, Fein and Ellerin, JJ.